# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | 6:20-CR-0001 |
| ) | |
| TERRY WILLIAMS, ) | |
| ) | |
|     Defendant ) | |

## ORDER GRANTING LEAVE OF ABSENCE

Whereas, David E. Laesser II, Counsel for Defendant Terry Williams, having filed a Motion for Leave of Absence requesting leave from Court, and the motion having been read and considered;

Leave of Court is granted to counsel, David E. Laesser II, for the following dates:

March 5th through March 6th, March 12th through March 17th, April 9th, 10th, and 15th, and June 17th through June 23rd.

So entered this 28th day of January, 2020.

*[signature: Christopher L. Ray]*

United States Magistrate Judge
Southern District of Georgia
Statesboro Division