UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 6:20-CR-0001 |
| | ) | |
| TERRY WILLIAMS, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER GRANTING LEAVE OF ABSENCE

Whereas, David E. Laesser II, Counsel for Defendant Terry Williams, having filed a Motion for Leave of Absence requesting leave from Court, and the motion having been read and considered;

Leave of Court is granted to counsel, David E. Laesser II, for the following dates:

March 5th through March 6th, March 12th through March 17th, April 9th, 10th, and 15th, and June 17th through June 23rd.

So entered this 28th day of January, 2020.

*Christopher L. Ray*
United States Magistrate Judge
Southern District of Georgia
Statesboro Division